|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES -- GENERAL

| Case No. | **CV 22-2183-JFW(AGRx)** | Date: May 3, 2022 |
|---|---|---|
| Title: | John Sloatman III -v- Adler Wallach and Associates, Inc. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |
|---|---|

| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |
|---|---|

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

    As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of April 15, 2022, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for May 16, 2022, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr